DECLARATION OF PLAINTIFF _Quinton Nelson Sr._
IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to 28 U.S.C. § 1746, I, _Quinton Nelson Sr._ hereby declare as follows:

1. I have personal knowledge of the matters stated herein, except as otherwise indicated. I am over the age of 18 years and am competent to make this declaration.

2. I am a citizen of the United States and a resident of _Montgomery_ Ohio. I reside at _23 East Hillcrest_.

3. I am registered to vote at my current address in Ohio.

4. I have not yet cast a ballot in the 2018 General Election. I intended to vote in-person on Election Day.

5. I was arrested on _11/2/2018_ and am currently being held in pretrial detention at _Montgomery County Jail_, located at _Downtown Dayton_. Because of my detention, I will be unable to vote in-person on Election Day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _6th_ day of November 2018 in _Dayton_, Ohio.

/s/ _Quinton Nelson Sr._