**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Tommy Ray Mays, II, *et al.*,

    vs.                   Case No. 2:18-cv-1376

Frank LaRose,                 **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 6, 2019 Opinion and Order, granting Plaintiffs' Motion to Certify Class; granting Plaintiffs' Motion for Summary Judgment; denying Defendants' Motion for Summary Judgment; denying as moot Defendant's Motion to Exclude.

Date: **November 6, 2019**         Richard Nagel, Clerk

                                         s/ Jennifer Kacsor

                                         By Jennifer Kacsor/Courtroom Deputy