## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 14, 2019

Ms. Naila S. Awan
Demos
80 Broad Street
Fourth Floor
New York, NY 10004

Ms. Julie M. Pfeiffer
Ohio Attorney General's Office
30 E. Broad Street
16th Floor
Columbus, OH 43215

Re:  Case No. 19-4112, *Tommy Mays, II, et al v. Frank LaRose*
Originating Case No. : 2:18-cv-01376

Dear Counsel,

   This appeal has been docketed as case number **19-4112** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 29, 2019**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

               Appellant:    Appearance of Counsel
                             Civil Appeal Statement of Parties & Issues

|  | Disclosure of Corporate Affiliations |
|---|---|
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
|---|---|
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 19-4112

TOMMY RAY MAYS, II; QUINTON NELSON, SR., Individually and on behalf of all others similarly situated

      Plaintiffs - Appellees

v.

FRANK LAROSE, in his official capacity as Secretary of State of Ohio

      Defendant - Appellant