# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 03, 2020

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

Re:  Case No. 19-4112, *Tommy Mays, II, et al v. Frank LaRose*
Originating Case No. : 2:18-cv-01376

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Ms. Naila S. Awan
Mr. Chiraag Bains
Mr. Jonathan Diaz
Mr. Benjamin Michael Flowers
Mr. Mark Gaber
Mr. Michael Jason Hendershot
Mr. Zachery P. Keller
Ms. Danielle Marie Lang
Mr. Jonathan M. Manes
Ms. Dana Paikowsky
Kathryn C. Sadasivan
Ms. Ann Yackshaw

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-4112

_____

Filed: March 03, 2020

TOMMY RAY MAYS, II; QUINTON NELSON, SR., Individually and on behalf of all others similarly situated

        Plaintiffs - Appellees

v.

FRANK LAROSE, in his official capacity as Secretary of State of Ohio

        Defendant - Appellant

## <u>MANDATE</u>

   Pursuant to the court's disposition that was filed 03/03/2020 the mandate for this case hereby issues today.

 COSTS:  None